735 A.2d 703

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Richard Alan TROUPE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., for Commonwealth.

James J. Karl, Chief Public Defender, for Richard Alan Troupe.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated January 29, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.